Timothy V. Magill, Esq., 082398
MAGILL LAW OFFICES
575 East Alluvial Avenue, Suite 102
Fresno, California 93720
Telephone: (559) 229-3333
Facsimile:  (559) 229-4234

Attorney for Necessary Party Defendants
JENNIFER ST. LOUIS, RICHARD GAUSHELL, HARRISON GAUSHELL, and MILES GAUSHELL by GAL, RICHARD GAUSHELL

*IT IS SO ORDERED*
*Judge James Ware*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| INDIAN HARBOR INSURANCE COMPANY, | Case No.: C 11-05499 JW |
| Plaintiff, | |
| v. | Filed: November 14, 2011 |
| J. ROCKCLIFF REALTORS, JUDY BRADLEY, AND ROBERT AND MARGARET COMBS, | **STIPULATION EXTENDING TIME FOR NECESSARY PARTY DEFENDANTS TO FILE RESPONSIVE PLEADING TO COMPLAINT FOR DECLATORY JUDGMENT** |
| Defendants, | |
| And | |
| JENNIFER ST. LOUIS, RICHARD GAUSHELL, and HARRISON GAUSHELL, AIDEN GAUSHELL, MILES GAUSHELL by GUARDIAN AD LITEM RICHARD GAUSHELL, | |
| Necessary Party Defendants. | |

/ / /

/ / /

-1-

STIPULATION EXTENDING TIME FOR NECESSARY PARTY DEFENDANTS TO FILE RESPONSIVE
PLEADING TO COMPLAINT FOR DECLATORY JUDGMENT

1  Necessary Party Defendants, JENNIFER ST. LOUIS, RICHARD GAUSHELL,
2  HARRISON GAUSHELL, AIDEN GAUSHELL, and MILES GAUSHELL by GAL,
3  RICHARD GAUSHELL, represented by Timothy V. Magill, Esq. and Plaintiff, INDIAN
4  HARBOR INSURANCE COMPANY, represented by Beth Fruechtenicht-Aney, stipulate to the
5  following:

6  Counsel for Necessary Party Defendants, Timothy V. Magill, has been ill recently, and
7  because of that illness, has not been able to work on this matter. Because of this illness, Plaintiff,
8  by and through counsel Beth Fruechtenicht-Aney, has agreed to extend the time limit for any
9  responsible pleadings, from the initial January 17, 2012 due date to March 1, 2012.

10  This stipulation for an extension of time for any responsive pleading or objection, or
11  other document, given to Necessary Party Defendants, will not in any way prejudice any party
12  involved in this matter.

13  This stipulation is not for the purpose of delay, but rather to allow counsel for Necessary
14  Party Defendants to overcome or resolve his illness so that these Defendants may fully and
15  competently participate in this pending action.

16  **IT IS SO STIPULATED.**
17  DATED:      February 15, 2012.

18                                              WILSON, ELSER MOSKOWITZ,
                                                EDELMAN & DICKER, LLP
19
20                                              By: /s/ Beth Fruechtenicht-Aney
21                                              Beth Fruechtenicht-Aney, Esq.
22                                              Attorneys for Plaintiff,
                                                INDIAN HARBOR INSURANCE
23                                              COMPANY

26  ///
27  ///
28

-2-

STIPULATION EXTENDING TIME FOR NECESSARY PARTY DEFENDANTS TO FILE RESPONSIVE
PLEADING TO COMPLAINT FOR DECLATORY JUDGMENT

1 | DATED: February 13, 2012.

MAGILL LAW OFFICES

By: _____
Timothy V. Magill, Esq.
Attorney for Necessary Party Defendants,
JENNIFER ST. LOUIS, RICHARD
GAUSHELL, HARRISON GAUSHELL,
AIDEN GAUSHELL, and MILES
GAUSHELL by GAL, RICHARD
GAUSHEL

**IT IS SO ORDERED.**

DATED: February 21, 2012

_____
JAMES WARE
Chief Judge, United States District Court
Northern District

-3-

STIPULATION EXTENDING TIME FOR NECESSARY PARTY DEFENDANTS TO FILE RESPONSIVE
PLEADING TO COMPLAINT FOR DECLATORY JUDGMENT