**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| INDIAN HARBOR INSURANCE COMPANY,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>J. ROCKCLIFF REALTORS *et al.*,<br><br>　　　　Defendants. | Case No.: C-11-05499-YGR<br><br>**ORDER RESCHEDULING CASE MANAGEMENT CONFERENCE AND RESCHEDULING MOTION HEARING** |

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD,

Due to the recent reassignment of this case, the Case Management Conference previously set for Monday, April 23, 2012 at 10:00 a.m., is hereby **RESET** to **Monday, June 4, 2012** at **2:00 p.m.**, in the Federal Courthouse at 1301 Clay Street, Oakland, California, in a courtroom to be designated.

The Hearing on Defendants' Motion for Declaratory Relief Abstention, Stay, Remand and/or Dismissal previously set for Monday, May 21, 2012, is hereby **RESET** to **Tuesday, May 22, 2012** at **2:00 p.m.**, also in the Federal Courthouse at 1301 Clay Street, Oakland, California, in a courtroom to be designated.

**IT IS SO ORDERED.**

April 2, 2012

　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　**YVONNE GONZALEZ ROGERS**
　　　　　　　　　　　　　　　　　　　**UNITED STATES DISTRICT COURT JUDGE**