**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **INDIAN HARBOR INSURANCE COMPANY**<br>    **Plaintiff,**<br>    vs.<br>**J. ROCKCLIFF REALTORS,**<br>    **Defendants.** | Case No.: 11-CV-5499 YGR<br><br>**ORDER SETTING COMPLIANCE HEARING** |

TO ALL PARTIES AND COUNSEL OF RECORD:

At the September 10, 2012 Case Management Conference counsel informed the Court that this action has settled.

A compliance hearing regarding filing a Dismissal in this action shall be held on Friday, November 9, 2012 on the Court's 9:01 a.m. calendar, in the Federal Courthouse, 1301 Clay Street, Oakland, California, in Courtroom 5.

Five (5) business days prior to the date of the compliance hearing, the parties shall file either: (a) Dismissal; or (b) a one-page JOINT STATEMENT setting forth an explanation for their failure to comply. If compliance is complete, the parties need not appear and the compliance hearing will be taken off calendar.

Telephonic appearances will be allowed if the parties have submitted a joint statement in a timely fashion. Failure to do so may result in sanctions.

**IT IS SO ORDERED**.

Dated: September 19, 2012

_____
**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT COURT JUDGE**